UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGEL ROBERSON, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SEIU HEALTHCARE 1199NW, a Washington labor organization;<br><br>　　　　　　　　　　　Defendants. | NO: 2:24-cv-02138-MJP<br><br>**STIPULATED ORDER GRANTING MOTION TO AMEND COMPLAINT TO ADD PARTIES AND CAUSES OF ACTION** |

The Court having review the Stipulated Motion to Amend Complaint to Add Parties and Causes of Action, IT IS HEREBY ORDERED that the Stipulated Motion is Granted, and Plaintiff may file the Amended Complaint and serve on additional parties to join them in this Action.

DATED this 9th day of April 2025.

_____
Marsha J. Pechman
United States Senior District Judge

Presented by:

| EISENHOWER CARLSON PLLC | STREEPY LEMONIDIS CONSULTING AND LAW GROUP, PLLC |
|---|---|
| By: */s/John M. Cummings*<br>　　John M. Cummings, WSBA #40505<br>　　Attorneys for Plaintiffs | By: */s/Aaron M. Streepy*<br>　　Aaron M. Streepy, WSBA # 38149<br>　　Attorneys for Defendant |

STIPULATED ORDER GRANTING AMENDMENT - 1
2:24-cv-02138-MJP

EISENHOWER CARLSON PLLC
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com