UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGEL ROBERSON, | CASE NO. C24-2138-KKE |
| Plaintiff(s), | ORDER OF CONSOLIDATION |
| v. | |
| SEIU HEALTHCARE 1199NW, et al., | |
| Defendant(s). | |

The Court previously noted the existence of a related case pending in this Court, *Roberson v. SEIU Healthcare 1199NW*, No. 26-cv-05143-KKE (W.D. Wash.), and directed the parties to file a joint status report as to their respective positions on consolidation of these two actions. Dkt. No. 59. Plaintiff requests consolidation, and Defendants do not object. Dkt. No. 62.

The Court thus CONSOLIDATES these two actions under Federal Rule of Civil Procedure 42(a) for all purposes. All future filings shall bear the caption of the first-filed case, C24-2138-KKE, which shall remain open and be considered the master case. The clerk is directed to close the member case (No. C26-05143-KKE). Plaintiff shall file a consolidated complaint no later than April 13, 2026.

Dated this 27th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER OF CONSOLIDATION - 1