UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGEL ROBERSON,<br>Plaintiff(s),<br>v.<br>SEIU HEALTHCARE 1199NW, et al.,<br>Defendant(s). | CASE NO. C24-2138-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT |

The parties filed a stipulated motion to extend Defendants' deadline to respond to the operative complaint. Dkt. No. 82. Finding good cause, the Court GRANTS the motion and ORDERS that Defendants shall respond to Plaintiff's operative complaint no later than August 28, 2026.

Dated this 14th day of August, 2026.

Kymberly K. Evanson
United States District Judge