UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGEL ROBERSON,<br><br>Plaintiff(s),<br>v.<br><br>SEIU HEALTHCARE 1199NW, et al.,<br><br>Defendant(s). | CASE NO. C24-2138-KKE<br><br>ORDER MEMORIALIZING ORAL RULING ON DISCOVERY DISPUTE |

The Court held a discovery conference on November 2, 2026, and hereby memorializes its oral rulings. Plaintiff shall provide complete discovery responses to Defendants no later than November 13, 2026, and outstanding Request for Production responses are due on this date as well. The parties may agree to limit responses, although objections have been waived.

The parties are also directed to meet and confer regarding an ESI search protocol, in consultation with IT professionals.

Dated this 2nd day of November, 2026.

Kymberly K. Evanson
United States District Judge